

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00310-CR

TRIMAINE MCCLARTY                          APPELLANT

V.

THE STATE OF TEXAS                             STATE

------------

#### FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On July 26, 2010, appellant filed an untimely second notice of appeal from his December 11, 2008 conviction.[2]  *See* Tex. R. App. P. 26.2(a).  We informed appellant that the second notice of appeal was untimely and gave him or any

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See McClarty v. State*, No. 02-09-00370-CR, 2009 WL 5149848 (Tex. App.—Fort Worth Dec. 23, 2009, no pet.) (mem. op., not designated for publication) (dismissing first appeal as untimely).  Mandate has already been issued in the first appeal.

other party ten days to respond showing grounds for continuing the appeal.[3]

Appellant filed a response, but it does not show grounds for continuing the appeal.

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 28, 2010

---

[3]Appellant's only remedy at this stage of the proceedings is to file a postconviction petition for writ of habeas corpus.  *See* Tex. Code Crim. Proc. Ann. art. 11.07 (Vernon 2005).